FILED
2008 JUL 16 PM 4:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY LEE WHITESIDE,<br><br>    Defendant. | MAGISTRATE CASE NO. '08 MJ 2180<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. § 2251(a) -<br>Sexual exploitation of a child |

The undersigned Complainant, being duly sworn, states:

On or about April 6, 2006, within the Southern District of California, defendant GARY LEE WHITESIDE, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Kristen M. Robinson
Special Agent Federal Bureau of Investigation

Sworn to me and subscribed in my presence this 16th day of July, 2008.

_____
Hon. Cathy Ann Bencivengo
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed for over 11 years. I am currently assigned to the Cyber Crime Squad of the San Diego Field Office where I primarily investigate crimes against children, to include child exploitation and the receipt, possession, production, and transmission of child pornography. My experience as an FBI Agent has included the investigation of violent crime cases and also those involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computers crimes, computer evidence identification, child pornography identification, computer evidence seizure and processing, and various other criminal laws and procedures.

On June 27, 2008, an individual identified as Scott Sprague provided the following information: Sprague is a professional photographer. In May 2008, he and his assistant, Georgia Mitropolous, rented studio time from Defendant Gary Whiteside at 473 Vernon Way, El Cajon, California, to conduct a photography shoot. Sprague rented the studio for $200 per hour. Sprague had access to the entire studio and was not told to stay off of the computer nor out of any particular areas. Defendant Gary Whiteside was not present when Sprague and his assistant conducted their photography sessions. On one occasion while shooting in the studio, Sprague observed a couple of CD-ROMs with a hand-written title of "girls" on them. Sprague put the CD-ROMs into his laptop computer to look at them. On the CD-ROMS, Sprague observed two females: a 12-15 year old dressed in a red Santa Claus type outfit, and the other, another older female 14-15 years old, in a bathing suit. As the series of photographs progressed, the females had less and less clothing on until they were photographed completely nude. In one series of photographs, Sprague observed an adult male orally copulating the 12-15 year old. Sprague copied the content of the CD-ROMs to his laptop before he left as he believed he was witnessing child abuse. Sprague then contacted the Federal Bureau of Investigation, copied the photographs to CD-ROM, and forwarded them to San Diego via the Detroit Division of the FBI, as that is where Sprague resides. Sprague informed your affiant that the studio has a desk top computer in it, a bed, and several children's toys, to include stuffed animals. The name of the studio is "SoCal Photography" located at 473 Vernon Way, El Cajon.

1  The CD-ROMs were received on July 11, 2008 and subsequently reviewed. On the
2  CD-ROMs, I observed several series of professional-type photographs of females in a professional
3  setting and some outdoors. Some of the images are described below:

4  1. A series of photographs depicted a young female with brownish-blond hair approximately 11-12 years old, in a red swimsuit top and Santa Claus hat standing next to an adult male with a greenish grey knit golf shirt, glasses, greyish hair and grey beard. The man bears a striking resemblance to Gary L. Whiteside.

7  2. In another series of photographs, the same female is posing in light-blue lingerie. An older male is seen from the chin down, in jeans and no shirt, grey chest hair and grey tennis shoes, kneeling behind the girl who is on all fours. The girl's underwear have been lowered to her thighs and the male is spreading her bottom apart and inserting his finger inside her anus. The man has a grey beard. Executing a right-click on several of these photographs shows a date of April 6, 2006 and are named "Brittney".

13  3. Another photograph in the same series depicts the same female wearing light blue lingerie and in some of the photos there is an adult male hand in the photo with fingers penetrating her vaginal and anal area. In one photo in the series, an adult male with grey hair, jeans, and grey tennis shoes, is lying on his back while the unclothed female squats over his face as he orally copulates her.

17  4. In another series, the same female is wearing only brown or black underwear with pink piping. She is lying face-down with her behind in the air and a man's hand is moving her underwear exposing her from behind.

20  5. Another photo in this series depicts the man's hand inserting his fingers into both her vaginal and anal areas.

22  6. In another series, a different female, approximately 12-15 years old, wearing a blue bikini is standing in front of a pink and blue cloud back drop. Standing with his arm around her shoulders is the same male described above, a man bearing a striking resemblance to Gary Whiteside. In another photograph with the same male, he has his arm around her shoulder and on top of her bikini-clad breast.

26  7. Wearing the same blue bikini, the same female appears in various poses, some without bikini bottoms and some without a top. In one photograph, she is standing somewhat bent over and

28

she has a large (approximately 3 feet long) plastic blue crayon with the tip inserted in her anus.

Executing a right-click on many of the photographs depicting the sexual exploitation of children reveals that the photographs were taken by a Canon EOS 30D model. A query was made of "Google", an Internet search engine, for "Canon EOS". All Canon EOS 30D lenses and camera bodies are manufactured in Japan, and then shipped to their distribution centers on the east and west coast, which would result in shipping in interstate or foreign commerce in order for Gary Whiteside to obtain this camera.

On July 16, 2008, I and other members of the San Diego Internet Crimes Against Children Task Force executed a federal search warrant at the both the residence and business of Gary L. Whiteside. Inside the home, in an office area, Whiteside had been at his computer actively downloading what he later advised was child pornography.

I admonished Whiteside of his <u>Miranda</u> rights utilizing FBI form FD-395. Whiteside said that he understood his rights, he then waived those rights and was interviewed at his home during the execution of the search warrant. The interview was audio recorded. Whiteside admitted to downloading and possessing child pornography images and videos on his home computer. He said that he had been looking at images of very young girls this morning as the search warrant was executed. Whiteside further stated that his computer was full of child pornography.

Whiteside confirmed that he has engaged in sexual activity with some of the young girls he has photographed in his studio. Whiteside clarified the sexual activity to be oral copulation and sexual intercourse. Whiteside had sex with one of the juveniles approximately two weeks ago. Whiteside initialed a photograph of a man inserting his fingers into a young girl's anus and vaginal area, indicating that it was himself depicted in the photgraph. Whiteside initialed a second photograph of himself orally copulating this same female approximately a year ago.

Whiteside admitted that he had posted several of the images of child pornography he produced to the internet.

/s/

Kristen M. Robinson
Special Agent, FBI San Diego