Minutes of the United States District Court
Southern District of California
AUGUST 5, 2008

HON. **CATHY ANN BENCIVENGO**     DEPUTY CLERK: **L. HERNANDEZ**

---

TAPE NO. CAB08-13:32-13:33

08MJ2180-CAB     USA     vs.     GARY LEE WHITESIDE (1)(C) **10295298**

PRELIMINARY HEARING/                  KASHA POLLREISZ, FD (1)
DETENTION HEARING

AUSA: ALESSANDRA SERANO

---

PRELIMINARY HRG NOT HELD.
DETENTION HRG NOT HELD.
[-1] MOTION TO DETAIN - MOOT

STATUS CONFERENCE HELD.
GOVT ORAL MOTION TO DISMISS WITHOUT PREJUDICE - GRANTED.
COURT DISMISSES ACTION WITHOUT PREJUDICE.
ABSTRACT ISSUED TO USMS; DFT TO BE RELEASED TO FEDERAL BUREAU OF INVESTIGATION
FOR TRANSPORT TO STATE CUSTODY.