**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )   CASE NUMBER __08mj2180-CAB__
                         )
vs                       )   ABSTRACT OF ORDER
                         )
Gary Lee Whiteside       )   Booking No. __10295298__
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8-5-08__
the Court entered the following order:

__X__ Defendant be released from custody. *

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
      _____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

__X__ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. *Dft to be released to FBI for transport to state custody.

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by
                                         Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)                                   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY